No. 258, Misc.   ETHERTON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 260, Misc.   GIROUX *v.* PROVIDENCE SUPERIOR COURT.   Supreme Court of Rhode Island.   Certiorari denied.

No. 264, Misc.   MAYS *v.* INDIANA.   Supreme Court of Indiana.   Certiorari denied.

No. 265, Misc.   ANDERSON *v.* INDIANA.   Supreme Court of Indiana.   Certiorari denied.

No. 288, Misc.   AGNEW *v.* SHAIN, DOING BUSINESS AS CREDITORS COLLECTION SERVICE OF LOS ANGELES.   Appellate Department of the Superior Court of California, Los Angeles County.   Certiorari denied.

No. 292, Misc.   SOVIERO *v.* KENTON, WARDEN, ET AL. C. A. 2d Cir.   Certiorari denied.

No. 294, Misc.   JOHNSON *v.* CAVELL, WARDEN.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.

No. 377, Misc.   BAILEY *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.   Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.